IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES J. LUKEZIC,**<br>  40 Wall Street, 28th floor<br>  New York, NY 10005<br><br>   *Plaintiff,*<br><br>   v.<br><br>**FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,**<br>  1735 K Street NW<br>  Washington, DC 20006<br><br>**UNITED STATES SECURITIES & EXCHANGE COMMISSION,**<br>  100 F Street NE<br>  Washington, DC 20549<br><br>**DAVID SALTIEL, Director of the Division of Trading and Markets for the United States Securities & Exchange Commission, in his individual and/or official capacities,**<br>  100 F Street NE<br>  Washington, DC 20549<br><br>   *Defendants.* | Case No. 1:25-CV-00623 |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF JAMES J. LUKEZIC**

**COMES NOW** the undersigned and respectfully requests this Court to formally relieve undersigned counsel, Stuart G. Nash, and law firm of Holland & Knight LLP, ("H&K"), as counsel for Plaintiff, JAMES J. LUKEZIC. In support of this Motion, the undersigned states as follows:

1. The undersigned was hired as counsel of record for Plaintiff and the undersigned has represented Plaintiff in matters pertaining to the issues involved in this action.

2. The attorney-client relationship has been irretrievably broken.

3. There exists multiple grounds for withdrawal under DC Rule of Professional Conduct 1.16(b).

4. The undersigned and H&K have attempted in good faith to resolve said differences with Plaintiff.

5. The undersigned's request to withdraw as counsel for Plaintiff is in the interest of justice and would neither unduly delay trial of this action, nor would it unfairly prejudice the Plaintiff.

6. Pursuant to Local Rule 83.6(b), the undersigned has served a copy of this motion upon Plaintiff and given him notice regarding obtaining new counsel or representing himself, and that any objection to this withdrawal shall be provided to the Clerk in writing within seven (7) days of service of this Motion.

7. Plaintiff's last known address is 40 Wall Street, Floor 28, New York, New York 10005.

**WHEREFORE**, Counsel requests that the Court enter an order authorizing the undersigned to withdraw as counsel of record for Plaintiff and for such further relief as the Court deems appropriate.

Dated: April 1, 2025                                     Respectfully submitted,

                                                         **HOLLAND & KNIGHT LLP**

                                                         */s/ Stuart G. Nash*
                                                         Stuart G. Nash, Bar No. 444058
                                                         HOLLAND & KNIGHT LLP
                                                         800 17th Street N.W., Suite 1100
                                                         Washington, D.C. 20006
                                                         Telephone: (202) 469-5158
                                                         Fax: (202) 955-5564
                                                         stuart.nash@hklaw.com

## CERTIFICATE OF SERVICE

The foregoing document has been served upon the following counsel via the CM/ECF filing system on April 1, 2025:

Stephen M. Pezzi
U.S. DOJ
1100 L Street, NW
Washington, DC 20530

Benjamin E. Lehman
U.S. DOJ
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044

Vern Cassin
BAKER BOTTS LLP
700 K St. NW
Washington, DC 20001

Aaron M. Streett
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002

The foregoing document has been served by certified mail sent on April 1, 2025 to:

James J. Lukezic, Plaintiff
40 Wall Street
Floor 28
New York, New York 10005

Dated: April 1, 2025                    /s/ Stuart G. Nash
                                        Stuart G. Nash